192 So. 288

**C. M. RATTRAY v. W. P. BROWN & SONS LUMBER CO.**

**7 Div. 604.**

Supreme Court of Alabama.

Nov. 23, 1939.

Reed & Reed, of Center, for petitioner.
Hood & Murphree, of Gadsden, opposed.

PER CURIAM.

Petition of W. P. Brown & Sons Lumber Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Rattray v. W. P. Brown & Sons Lbr. Co., 192 So. 285.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.